## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDRES ANDRADE SIMENTAL,

    Petitioner,

v.

                                   Case No. 1:26-cv-01144-MIS-KRS

MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General
of the United States; and WARDEN,
Torrance County Processing Center,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Andres Andrade Simental and against Respondents Mary De Anda-Ybarra, Markwayne Mullin, Todd Blanche, and Warden, Torrance County Processing Center.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE